# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2018

SEAN F. McAVOY, CLERK

MICHAEL C.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 1:17-CV-03147-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 17, is GRANTED. Defendant's Motion for Summary Judgment, ECF No. 22, is DENIED.
Judgment is entered for the Plaintiff and the matter is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings consistent with this Court's order ECF No. 24, pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on cross-motions for summary judgment.

Date: September 30, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard

*(By) Deputy Clerk*

Pam Howard